IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| ROY LEE WADE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   NO.: 04-1040-T-An |
| | ) |
| MARK DAVIDSON, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On December 21, 2004, the Clerk of the Court entered default against Defendant James Clifford. In an Order entered on June 15, 2005, United States District Court Chief Judge James D. Todd granted the Plaintiff's Motion for Default Judgment against this Defendant. (D.E. #49). Judge Todd referred this matter to the Magistrate Judge for a report and recommendation regarding damages.

As such, the Plaintiff is directed to submit a Memorandum of Facts and Law to the Court on the issue of damages within 20 days of entry of this Order.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: June 17, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 6/20/05

1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 1:04-CV-01040 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Sam J. Watridge
LAW OFFICE OF SAM J. WATRIDGE
1215 Main Street
Humboldt, TN 38343

Honorable James Todd
US DISTRICT COURT