IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ___SP___ D.C.

05 JUL 18 AM 10: 19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

| | | |
|---|---|---|
| ROY LEE WADE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   04-1040 T/An |
| | ) | |
| MARK DAVIDSON, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER SETTING HEARING

Before the Court is the Order Granting Default Judgment and Referring Case for Report and Recommendation on Damages entered by United States District Judge James D. Todd on June 15, 2005. It is **ORDERED** that a hearing shall be held before United States Magistrate Judge S. Thomas Anderson on **TUESDAY, AUGUST 2, 2005 at 10:30 A.M.** in the Magistrate Judge Courtroom, 4th Floor, United States Courthouse, 111 S. Highland Avenue, Jackson, Tennessee. The purpose of the hearing shall be to determine the appropriate amount of damages that should be awarded to Plaintiff as requested in the Memorandum of Facts and Law filed with the Court on July 6, 2005.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: July 18, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  7/19/05

1





# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 1:04-CV-01040 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Sam J. Watridge
LAW OFFICE OF SAM J. WATRIDGE
1215 Main Street
Humboldt, TN 38343

Honorable James Todd
US DISTRICT COURT